IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-51C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including April 23, 2008, to file a response to the complaint. Our response is currently due on March 24, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiff's counsel stated that he does not oppose this enlargement.

Plaintiff filed its complaint on January 24, 2008, however the case was not assigned to counsel of record until March 5, 2008 and not physically delivered until to March 10, 2008. Furthermore, agency counsel did not receive notice of the complaint until March 17, 2008. The enlargement is requested because counsel of record for defendant has not received the administrative record or litigation report from the interested agency, the U.S. Army Corps of Engineers, as required by 28 U.S.C. § 520. Agency counsel has informed counsel of record that it will take approximately three weeks to assemble the administrative record and draft the litigation report, which would result in the documents arriving on or about April 14, 2008. During this time period, counsel of record will be representing the United States in the bid protest of Klinge v. United States, No. 08-134C. Thus, the enlargement is necessary to allow

sufficient time for agency counsel to prepare the administrative record and litigation report and for counsel of record to review these documents and prepare the Government's response to the complaint, which we anticipate will take no longer than seven days.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 30 days, to and including April 23, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-0041
Fax: (202) 514-8624

March 21, 2008 Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 21st day of March, 2008, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek
Christopher L. Krafchek