# In the United States Court of Federal Claims

**No. 08-51C**
**(Filed: March 21, 2008)**

* * * * * * * * * * * * * * * * *
*
**GULF GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

Defendant's unopposed motion, filed March 21, 2008, for an enlargement of time within which to respond to the complaint is **GRANTED**. Defendant's response shall be filed on or before **Wednesday, April 23, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge