**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GULF GROUP, INC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-51C** |
| **v.** | ) | |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

Defendant and plaintiff ("the parties") have begun settlement discussions in the above-captioned case. The parties contemplate that this process shall take approximately 30 days and, therefore, hereby jointly request a 30-day stay of proceedings to further explore the possibility of resolving this matter through alternative means. If approved, the stay would remain in effect until May 21, 2008.

For these reasons, the parties respectfully requests that the Court grant this joint motion to stay proceedings until May 21, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., Room 12076
Washington, D.C. 20530
Tele: (202) 305-0041
Fax: (202) 514-8624

April 21, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 21st day of April, 2008, a copy of the parties' "Joint Motion To Stay Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek
Christopher L. Krafchek