# In the United States Court of Federal Claims

**No. 08-51C**
**(Filed: April 22, 2008)**

* * * * * * * * * * * * * * * * *
*
**GULF GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The parties' joint motion, filed April 21, 2008, to stay the above-captioned case in order to allow the parties to explore the possibility of a settlement is **GRANTED**. Accordingly, the proceedings are **STAYED**. The parties shall file a joint status report by **Wednesday, May 21, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge