IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP, INC., Plaintiff | ) | |
| vs. | ) | No. 08-51C (Judge Firestone) |
| THE UNITED STATES, Defendant | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed on April 22, 2008, the parties advise that they are continuing settlement discussions with respect to the two certified claims in this case. In addition, the parties' discussions also encompass three additional certified claims arising out of the same contract in which Contracting Officers' decisions have not yet been rendered. If a settlement can be reached, it is anticipated that it shall be a global settlement as to all of these claims.

The parties request that the stay be continued for an additional 30 days.

This 21st day of May, 2008.

*/S/ Kent P. Smith*

Kent P. Smith
Georgia Bar No. 661300
Admitted to the U.S. Court of Federal Claims
Reginald M. Jones
Georgia Bar No. 403047
Admitted to the U.S. Court of Federal Claims

*Attorneys for Plaintiff Gulf Group, Inc.*

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
404-521-3800
404-688-0671 (Fax)
E-mail: kpsmith@smithcurrie.com
rmjones@smithcurrie.com

*/S/ Christopher L. Krafchek*
Christopher L. Krafchek

*Attorney for the United States*

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 12076
Washington, D.C. 20530
202-305-0041
202-514-8624 (Fax)
E-mail:
christopher.krafchek@usdoj.gov

309881_1.DOC