# In the United States Court of Federal Claims

**No. 08-51C**
**(Filed: May 28, 2008)**

* * * * * * * * * * * * * * * * *
*
**GULF GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the parties' joint status report, filed May 21, 2008, indicating that the parties are continuing settlement discussions and request that the stay be continued for an additional 30 days. The parties request is **GRANTED**. Accordingly, the proceedings are **STAYED**. The parties shall file a joint status report by **Monday, June 23, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge