**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GULF GROUP, INC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-51C** |
| **v.** | ) | |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S STATUS REPORT AND MOTION TO STAY PROCEEDINGS</u>**

Pursuant to the Court's Order, dated May 28, 2008, the United States, defendant, hereby advises the Court that settlement discussions in the above-captioned case continue in good faith. Defendant contemplates that this process shall take an additional 30 days and, therefore, respectfully requests a 30-day stay of proceedings to further explore the possibility of resolving this matter through alternative means. If approved, the stay would remain in effect until July 23, 2008. Counsel for defendant has attempted to contact counsel for the plaintiff and left a voice message to determine plaintiff's position on this matter. Defendant is unaware if plaintiff objects to this motion.

For these reasons, defendant respectfully requests that the Court grant this motion to stay proceedings until July 23, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ <u>Steven J. Gillingham</u>

STEVEN J. GILLINGHAM
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., Room 12076
Washington, D.C. 20530
Tele: (202) 305-0041
Fax: (202) 514-8624

June 23, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 23rd day of June, 2008, a copy of "Defendant's Status Reprot And Motion To Stay Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek
Christopher L. Krafchek