IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP, INC.,<br><br>Plaintiff<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant | No. 08-51C<br>(Judge Firestone) |

**PLAINTIFF'S STATUS REPORT AND CONSENT TO DEFENDANT'S MOTION TO STAY PROCEEDINGS**

Plaintiff Gulf Group, Inc. hereby advises the Court, pursuant to its Order dated May 28, 2008, that settlement discussions between the parties are continuing. Plaintiff consents to and joins in the Defendant United States' Motion to Stay Proceedings for an additional 30 days.

Respectfully submitted this 24th day of June, 2008.

*/S/ Kent P. Smith*

Kent P. Smith
Georgia Bar No. 661300
Admitted to the U.S. Court of Federal Claims
Reginald M. Jones
Georgia Bar No. 403047
Admitted to the U.S. Court of Federal Claims

*Attorneys for Plaintiff Gulf Group, Inc.*

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
404-521-3800
404-688-0671 (Fax)

## CERTIFICATE OF FILING/SERVICE

This is to certify that on June 24, 2008, I electronically filed **Plaintiff's Status Report and Consent to Defendant's Motion to Stay Proceedings** with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to the following attorneys of record:

Christopher L. Krafchek, Esquire
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 12076
Washington, D.C. 20530
E-mail: Christopher.Krafchek@usdoj.gov

This 24th day of June, 2008.

*/S/ Kent P. Smith*
Kent P. Smith
Georgia Bar No. 661300
Admitted to the U.S. Court of Federal Claims

*Attorney for Plaintiff Gulf Group, Inc.*