# In the United States Court of Federal Claims

**No. 08-51C**
**(Filed: June 25, 2008)**

* * * * * * * * * * * * * * * * *
*
**GULF GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the defendant's status report, filed June 23, 2008, indicating that settlement discussions continue in good faith and requests that the stay be continued for an additional 30 days. The request is **GRANTED**. Accordingly, the proceedings are **STAYED**. The parties shall file a joint status report by **Wednesday, July 23, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge