**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GULF GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-51C** |
| **v.** | ) | |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION SEEKING LEAVE TO FILE OUT OF TIME AND JOINT STATUS REPORT**

The United States, defendant, and Gulf Group, Inc., plaintiff , ("the parties") seek leave to file its joint status report out of time. Counsel for defendant files this motion on behalf of the parties. Counsel for plaintiff has reviewed this motion and concurs. Pursuant to this Court's June 25, 2008 order, the joint status report was due on July 23, 2008. The parties have worked diligently on the matters raised in this case, however, a missed communication between the parties resulted in a failure to file the status report within the time allotted by the Court. The parties apologize for any inconvenience or hardship this may have caused the Court. Accordingly, the parties respectfully request that the Court grant the joint motion to file the joint status report out of time.

**STATUS REPORT**

Pursuant to the Court's Order, dated June 25, 2008, the parties hereby advise the Court that settlement discussions in the above-captioned case continue in good faith. The parties are working towards a global settlement that encompasses the issues currently before the Court as well as three additional certified claims in which the contracting officer has yet to issue a final decision. Due the extensive amount of issues raises in this case, settlement negotiations have taken longer than anticipated. The parties contemplate that this process shall take an additional

30 days and, therefore, respectfully request a 30-day stay of proceedings to further explore the possibility of resolving this matter through alternative means.

For these reasons, the parties respectfully request that the Court grant this motion to stay proceedings until August 22, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., Room 12076
Washington, D.C. 20530
Tele: (202) 305-0041
Fax: (202) 514-8624

July 24, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 24th day of July, 2008, a copy of "Joint Status Report And Motion To Stay Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek
Christopher L. Krafchek