# In the United States Court of Federal Claims

**No. 08-51C**
**(Filed: July 25, 2008)**

* * * * * * * * * * * * * * * * *
**GULF GROUP, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the parties' joint motion, filed July 24, 2008, seeking leave to file out of time their joint status report. The parties' joint motion for leave to file their joint status report out of time is **GRANTED**.

In addition, the parties seek a stay of 30 days to continue settlement discussions. The request is **GRANTED**. Accordingly, the proceedings are **STAYED** for 30 more days. The parties shall file a joint status report by **Friday, August 22, 2008** detailing their progress in settling the matter or proposing a schedule for resolving the case through litigation.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge