IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP, INC.<br>Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-51C |
| | ) | |
| THE UNITED STATES,<br>Defendant. | ) | |

MOTION FOR LEAVE TO CHANGE COUNSEL OF RECORD

Pursuant to Court of Federal Claims Rule 83(c)(4), Gulf Group, Inc. ("Gulf") moves for leave of the Court to change the attorney of record to Michael A. Gordon in the above matter. The Affidavit of Kent P. Smith, prior counsel of record, is attached. Service of all papers should be as follows:

Michael A. Gordon P.L.L.C.
Attorneys at Law
1629 K Street N.W., Suite 300
Washington, D.C. 20006

Respectfully submitted,
s/ Michael A. Gordon
MICHAEL A. GORDON PLLC
1629 K Street N.W., Suite 300
Washington, D.C. 20006
(202) 508-1464 (telephone)
(202) 349-1701 (facsimile)
Attorney of Record
for Plaintiff, Gulf Group, Inc.

Date: August 25, 2008