IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP, INC.<br>Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-51C |
| | ) | |
| THE UNITED STATES,<br>Defendant. | ) | |

AFFIDAVIT

Pursuant to Court of Federal Claims Rule 83(c)(4), I, Kent P. Smith, consent to the appointment of Michael A. Gordon as the attorney of record in the above matter.

Kent P. Smith

Kent P. Smith
Smith, Currie & Hancock LLP
2700 Marquis One Tower
245 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303-1227
(404) 521-3800
(404) 688-8071 (facsimile)