# In the United States Court of Federal Claims

**No. 08-51C**
**(Filed: September 3, 2008)**

* * * * * * * * * * * * * * * * *
*
**GULF GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the defendant's status report, filed August 25, 2008, indicating that the parties continue to work towards a settlement. In addition, plaintiff has obtained new counsel, Mr. Gordon. Defendant requests that the stay in proceedings be continued in order to allow plaintiff's counsel time to review the case file. Defendant's request is **GRANTED**. Accordingly, the proceedings are **STAYED**. The parties shall file a joint status report by **Monday, September 29, 2008** detailing their progress in settling the matter or proposing a schedule for resolving the case through litigation.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge